Silverman Perlstein & Acampora LLP  11-3489052
Counsel to Kenneth P. Silverman, Esq., Chapter 7 Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman, Esq. (RJF#1314)
Randy J. Schaefer, Esq. (RJS#3918)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
AT BROOKLYN
-------------------------------------------------------------------------x
In re:                                                                    Chapter 7
                                                                          Case Nos.: 03-82321 (ESS)
ALLOU DISTRIBUTORS, INC., *et al.,*                                       (substantively consolidated)

                              Debtors.
-------------------------------------------------------------------------x
KENNETH P. SILVERMAN, ESQ., AS CHAPTER 7
TRUSTEE OF ALLOU DISTRIBUTORS, INC., *ET AL.,*

                              Plaintiff,
                                                                          Adv. Pro. No.: 05-08461-ESS
            -against-

KOLEL ZICHRON CHAIM OF BOBOV,

                              Defendant.
-------------------------------------------------------------------------x

**DEFAULT JUDGMENT IN PLAINTIFF'S FAVOR**
**AGAINST KOLEL ZICHRON CHAIM OF BOBOV**

Upon the Notice of Motion and affidavit dated August 27, 2007, (the "Motion") of Randy J. Schaefer, Esq., counsel to Silverman Perlstein & Acampora LLP, attorneys for Kenneth P. Silverman, Esq., ("Plaintiff") the Chapter 7 Trustee of the substantively consolidated estates of Allou Distributors, Inc., *et al.*, seeking the entry of a default judgment under Rule 7055 of the Federal Rules of Bankruptcy Procedure, and upon the Affidavit of Service of the Motion, which is on file with the Court; and no objection to the Motion having been interposed; and after due deliberation and consideration of all of the facts and circumstances herein; and upon the failure of Kolel Zichron Chaim of Bobov ("Defendant") to respond to the Motion, to file a response or to request an adjournment thereto; and Plaintiff being entitled to a judgment against Defendant; and it is neither an infant nor incompetent; and Defendant is a not an individual and therefore

the protections afforded under the Service member's Civil Relief Act of 2003 do not apply; and further notice being neither necessary nor required; it is hereby

**ADJUDGED**, that judgment is granted in Plaintiff's favor, with an address at Silverman Perlstein & Acampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, against Defendant, located at P.O. Box 190514, Brooklyn, New York 11219, in the amount of $15,100, plus interest from the date of this judgment; and it is further

**ADJUDGED**, that Plaintiff has execution thereon; and it is further

**ADJUDGED**, that Plaintiff has all of the rights and remedies afforded to a judgment creditor by law; and it is further

**ADJUDGED**, that Plaintiff may enforce this judgment against Defendant, as allowed by applicable law.

Dated: Brooklyn, New York
~~October~~ ***November 1***, 2007

                                        ***s/Elizabeth S. Stong***
                                    HONORABLE ELIZABETH S. STONG
                                    United States Bankruptcy Judge